26, 1912.) Proceeding by the People of the State of New York against Louis Cherry. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. COCHRANE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Proceeding by the People of the State of New York against Robert Cochrane. No opinion. Judgment of conviction and orders affirmed.

PEOPLE, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York against Edward R. Cook and another. M. H. Hochdorf, for appellants. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DE PRETIS, Appellant. (Supreme Court, Appellate Division, First Department. April 19. 1912.) Proceeding by the People of the State of New York against James M. De Pretis. C. E. Le Barbier, for appellant. S. L. Richter, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. FUELLERT, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Oscar C. Fuellert. H. Kahn, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. GANGI et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Proceeding by the People of the State of New York against Giovani Gangi, impleaded with others. No opinion. Motion denied. Order filed. See, also, 146 App. Div. 940, 131 N. Y. Supp. 1134.

PEOPLE, Respondent, v. GASS, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the People of the State of New York against Frank Gass and the Empire State Surety Company. · No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, upon payment of costs in this court and in the court below.

PEOPLE, Respondent, v. GOODMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Max C. Goodman and others. L. Levene, for appellants. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GRISWOLD, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Proceeding by the People of the State of New York against Hector Griswold. M. J. Kohler, for appellant. R. C. Taylor and W. A. Purrington, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HARVEY, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Harry Harvey. C. L. Jordan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. HOFFMAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Proceeding by the People of the State of New York, against Jacob Hoffman, impleaded with others. A. P. Wagener, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. KAUL, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Albertina Kaul. T. A. Keppler, for appellant. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed. See, also, 134 N. Y. Supp. 1141.

PEOPLE, Respondent, v. KRAMER, Appellant. (Supreme Court, Appellate Division. Second Department. June 7, 1912.) Proceeding by the People of the State of New York against Stephen Kramer.

PER CURIAM. Motion denied, on condition that the appellant perfect his appeal, place the case upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. LENTA, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Ralph Lenta. E. Carpel, for appellant. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Proceeding by the People of the State of New York against Louis Levine. No opinion. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, on account of errors in ruling appearing at folios 63, 74–76, 84, 111, 113, 170, and 171.

PEOPLE v. LODER. PEOPLE v. WILLIAMS. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Proceed-